*E-Filed 10/30/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW RAMIREZ, | No. C 12-5004 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| D. SWINGLE, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has failed to perfect his IFP application by filing a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice. Any motion to reopen the action **must** contain a prison trust account statement showing transactions for the last six months, or payment for the full filing fee of $350.00. Plaintiff's motions to proceed IFP (Docket No. 5), for a preliminary injunction (Docket No. 8), and for the appointment of counsel (Docket No. 9) are DENIED as moot. The Clerk shall terminate Docket Nos. 5, 8, and 9, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: October 29, 2012

RICHARD SEEBORG
United States District Judge